# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Maurice Montrae Parks**                    **Docket No. 5:10-CR-127-1BR**

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Montrae Parks, who, upon an earlier plea of guilty to Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on September 13, 2010, to the custody of the Bureau of Prisons for a term of 90 months. Due to the government's motion for a downward departure pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the defendant's sentence was reduced to 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Maurice Montrae Parks was released from custody on September 30, 2014, at which time the term of supervised release commenced. On April 20, 2015, a Violation Report was submitted advising that the defendant was charged in Wilson County, North Carolina, with Misdemeanor Injury to Personal Property. Parks admitted to playing baseball with a friend and damaging a window of a vehicle. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 22, 2015, the defendant tested positive for cocaine, which was confirmed through laboratory analysis on July 31, 2015. During a home inspection on August 6, 2015, the defendant signed an admission of drug use form acknowledging that he used powder cocaine on July 19, 2015. As a sanction for this drug use, the probation office is recommending that he serve 2 consecutive days in jail. He has been referred to outpatient drug treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Additionally, on August 6, 2015, Parks was arrested in Wilson County, Wilson, North Carolina, with Misdemeanor Assault by Pointing a Gun and Second Degree Trespass (15CR53086). According to the Warrant for Arrest, on August 1, 2015, Parks intentionally pointed a black handgun at Christopher Horne without legal justification. Further, he entered the premises of Mr. Horne after having been notified by the occupant not to remain there. On August 6, 2015, the defendant was arrested and posted a $5,000 unsecured bond. Parks vehemently denies guilt. These charges remain pending in Wilson County District Court. He has been instructed not to have any contact with the complainant. It is the recommendation of the probation officer to continue supervision pending the adjudication of these new charges. This case is being closely monitored.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall complete 2 days in jail as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street Room 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: August 7, 2015

## ORDER OF THE COURT

Considered and ordered this _____10_____ day of ____August_____, 2015 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge